No. 65805.—Kwan Yuen Co. et al. *v.* United States, protests 287285–K, etc. (Los Angeles).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of rattancore handkerchief boxes the same as the kleenex boxes the subject of *Quon Quon Company* v. *United States* (41 Cust. Ct. 178, C.D. 2038), the claim of the plaintiffs was sustained.